UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 27 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Audrey Carter, )
)
      Plaintiff, )
)
v. )   Civil Action No. **11 1366**
)
Robert Mueller, *et al.*, )
)
)
      Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous, 28 U.S.C. § 1915(e)(2)(B)(i), or upon a determination that subject matter jurisdiction is wanting. Fed. R. Civ. P. 12(h)(3).

Plaintiff, a resident of Burlington, New Jersey, sues a variety of individuals, including such high-level officials as President Barack Obama, Federal Bureau of Investigation Director Robert Mueller, and former Central Intelligence Agency Director (now Secretary of Defense) Leon Panetta, and such celebrities as Oprah Winfrey and Donald Trump. *See* Compl. Caption. Plaintiff's outlandish allegations of discrimination, rape, and "illegal research" are the type of fantastic or delusional scenarios warranting dismissal under § 1915(e)(2) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Furthermore, the allegations "constitute the sort of patently insubstantial claims" that deprive the Court of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009); *see Caldwell v. Kagan*, ___ F. Supp.2d ___, 2011 WL 1460432, at * 1 (D.D.C.,

Apr. 18, 2011) ("A district court lacks subject matter jurisdiction when the complaint 'is patently insubstantial, presenting no federal question suitable for decision.' ") (*quoting Tooley*, 586 F.3d at 1009). A separate Order of dismissal accompanies this Memorandum Opinion.

/s/ Colleen Kollar-Kotelly
United States District Judge

Date: July 22, 2011